**Return Address:**

PLACE STAMP HERE

RI 50-11
CON 120-67-7
REVISED JANUARY 1994
PREVIOUS EDITION IS USABLE

115

U S OFFICE OF PERSONNEL MANAGEMENT
RETIREMENT SYSTEM
RE BRANCH  Fraud   ROOM# 2416 4
1900 E STREET NW
WASHINGTON DC 20415-1000

---

UNITED STATES
**OFFICE OF PERSONNEL MANAGEMENT**
RETIREMENT OPERATIONS
WASHINGTON, DC 20415

**OFFICIAL BUSINESS**

RI 50-81
REVISED JULY 2013
PREVIOUS EDITION IS USABLE

U.S. POSTAGE
ZIP 20415 $0
02 4W
0000368290 APR



**UNITED STATES OFFICE OF PERSONNEL MANAGEMENT**
Washington, DC 20415

Retirement Services

April 12, 2021

MELLODY E. HUNTLEY
155 HIGHPOINT DRIVE
APT 203, UNIT 155
ROMEOVILLE, IL 60446

Dear Mrs. Huntley,

The Office of Personnel Management, Retirement Inspection (RI) Fraud Unit has completed its investigation about the complaint of Identity Theft by your former employer the Social Security Administration.

RI has completed its investigation and our findings are as follows:

- OPM did not find any violations or changes pertaining to your PII on your retirement record.
- We have placed a block on your retirement record so that no changes can be made to your retirement record without your consent. Please view the attached sheet for block information.
- Since there is no fraud pertaining to your OPM monthly annuity you would need to take this complaint up with your former employing agency, Social Security Administration, Office of General Counsel (OGC) and Equal Employment Opportunity Commission (EEOC).

RI has completed its investigation and considers this case satisfied and closed.

If you have any further questions, please feel free to contact our office at (202) 606-0933.

Sincerely,

*Lesa M. Morring*

Program & Management Analyst
RES: Fraud, Data Integrity & Payments

U.S. OPM, RES Fraud Unit, 1900 E Street NW #2416Y Washington, DC 20415-3564

This letter is a follow up of our initial complaint of Identity Theft. As a precaution, a block has been placed on his annuity record. A block is an OPM security measure that prevents any unauthorized changes on your annuity record without your consent. Please note if you continue with the block, whenever changes need to be made from now on to your retirement record you must write to:

Office of Personnel Management
Fraud Unit – ATTN: Lesa Morring
1900 E Street, NW #2416Y
Washington, DC 20415

Any new requests you would like made to your annuity record from now on must be written in accompanied with your signature. No more changes will be made for you over the phone or through Services Online. When you no longer want the block on your account you must write that request in as well.

There has been no recent changes made to your annuity. **You must return this letter in order for the block to remain in effect. Please return within 30 days of this letter**

I, Mellody E. Huntly, confirm that the attached state ID is in fact of me. The address on file should be: 155 Highpoint Drive, Apt #203, Unit 155 in Romeoville, IL 60446

__X__ I would like to keep the block on my retirement record to prevent any unauthorized changes to my retirement record. I also, understand that changes can and will only be made when I write my requests in to OPM with my signature.

_____ I would not like to place a block on my retirement record at this time.

_Mellody Kelleg Maria Huntly_
Annuitant's signature
CSA 9111-682-0
Claim Number
April 15, 2021
Date
(815) 641-2069
Daytime phone number

~~NOTARY CONFIRMATION:~~

(seal)

Mellody Estella Maria Huntley
Print Name

*[signature]*
Signature

April 15, 2021
Date

My commission expires: MAY 19, 2023.

State of Illinois
County of WILL
This instrument was acknowledged before me on APRIL 15, 2021
By MELLODY ESTELLA MARIA HUNTLEY

*[notary signature]*

OFFICIAL SEAL
KALYSHA D LACKINGS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:05/19/23

U.S. OPM, RES Fraud Unit, 1900 E Street NW #2416Y Washington, DC 20415-3564