# AFGE LOCAL 1395 WAS FIRED

## Memorandum of Understanding
## Social Media Policy

The Social Security Administration ("SSA", "Agency", "Management") and the American Federation of Government Employees, SSA General Committee ("AFGE", "Union") hereby enter into this Memorandum of Understanding ("MOU" or "Agreement"), which governs agreements reached between the parties regarding the Agency's decision to implement the policy on social media.

### Employee personal and non-official use of social media sites

A. Employees have the right to establish and maintain social media pages or networks in a personal and non-official capacity.

B. Employees have the right to indicate that they are Agency employees on personal, non-official social media, although they are not required to do so.

C. The parties agree that a disclaimer, as referenced under the personal use section of the Agency's Social Media Policy, is not required if an employee posts content to his or her personal social media accounts that does not give the appearance that he or she represents the agency.

D. Employees have the right to choose not to associate with, follow, "like", recommend, share, or otherwise disseminate or indicate approval of the Agency's official online services and social media pages, postings, comments, etc.

E. Employees have the right to refuse invitations to associate with other employees or management officials through personal social media sites or pages.

F. The parties agree that management will not subject employees to discipline or adverse action for content on employees' personal social media accounts unless there is just cause.

G. The parties agree that employees' personal use of social media must not conflict with existing laws, regulations, and policies (e.g., Standards of Conduct, including those on fundraising; the Hatch Act statutes on political activities; the Agency's limited use policy; Agency Regulation Number 1, covering privacy and disclosure of Agency records; and the rules for personally-owned electronic devices in the workplace).

H. The parties agree that nothing in this agreement or the Social Media Policy shall be construed as limiting the ability of employees to join, form, or assist labor organizations in protected activity under 5 U.S.C. § 7102, through the use of personal social media, including but not limited to the sharing of information regarding conditions of employment of bargaining unit employees and the sharing of SSA policies and management decisions, for the purposes of informing employees, organizing employees, soliciting membership, and communication to

1

RFC

support lobbying and union collective bargaining positions, provided that any official information and records shared on social media are those which the Agency has publicly released and the use, disclosure, and dissemination of which otherwise complies with existing law, regulations, and policy. Official information and records includes but is not limited to program, administrative, and personnel records maintained by the agency.

I. If the Agency initiates any changes to the existing Social Media Policy, the Agency will provide the Union with advance notice and the opportunity to consult and bargain over those changes, to the extent required by 5 U.S.C. Chapter 71 and Article 4 of the SSA/AFGE National Agreement.

For Management:

Stephen McGraw
Chief Negotiator

Jeffrey Caplan

Allen Jeter

Mary Lidard

Jessica Vollmer

For the Union:

Richard Couture
Chief Negotiator

Shannon McPeek-McDuff

Debbie Glenn

Jeremy Maske

Barbara Cherry

Date: June 30, 2016

2