

# Cooperative Disability Investigations Program



## Preventing and Detecting Fraud

The Cooperative Disability Investigations (CDI) program is a critical anti-fraud initiative that combats fraud within the Social Security Administration's (SSA) disability programs. A CDI unit consists of an Office of the Inspector General (OIG) special agent who leads the unit, and personnel from SSA, State disability determinations services, and state or local law enforcement partners.

CDI units primarily investigate allegations of fraud before benefits are paid, and supports continuing disability reviews by providing evidence for determinations. Stopping an improper payment before it occurs, or as soon as it is suspected, is in the best interest of SSA, OIG, and taxpayers.

*(over)*

Cooperative Disability Investigations Program

## CDI Coverage

The CDI program began as a pilot in 1997, with just five CDI units.

As of September 12, 2022, there are 50 CDI units covering 50 states, the District of Columbia, and the Commonwealth of Puerto Rico, in addition to the U.S. Virgin Islands, Guam, American Samoa, and the Northern Mariana Islands.

SSA and the OIG worked with state and local partners to successfully expand CDI coverage to all 50 states and U.S. territories prior to October 1, 2022, in accordance with the Bipartisan Budget Act of 2015.

In conjunction with SSA, SSA OIG has implemented "CDI Hubs" to leverage existing CDI units to conduct investigations in areas of expansion without building office space for each location, resulting in significant cost savings.

## Investigative Outcomes

The CDI unit investigates the fraud allegation and documents their findings in a report. The report is used as additional documentation or evidence in making a disability determination. If the CDI investigation reveals fraudulent activity, the case might also be presented to federal and state prosecutors for consideration of prosecution, or SSA might impose administrative sanctions.

## Program Results

The CDI program helps to ensure only people who qualify for Social Security benefits receive them.

During fiscal year 2022, the CDI program reported more than $33 million in projected savings to SSA's disability programs and approximately $46 million to non-SSA programs, such as Medicare, Medicaid, housing assistance, and nutrition assistance programs.

Since inception, CDI investigations have contributed to a projected savings to taxpayers of approximately $7.9 billion: $4.4 billion in projected savings to SSA's Title II and Title XVI disability programs, and $3.5 billion in projected savings to related Federal and State benefit programs.

### 2022 PROJECTED SAVINGS

- **$33M** SSA's Disability Programs
- **$46M** Non-SSA Programs
  *Medicare, Medicaid, Housing Assistance Nutrition Assistance Programs*
- **$7.9B** Projected Savings to Taxpayers since 1997

## How Do I Report Fraud?

Reporting is easy, safe, and secure. You can reach us by internet, mail, facsimile, or telephone.

**Online:** https://oig.ssa.gov

**U.S. Mailing Address:**

Social Security Administration Fraud Hotline
Office of the Inspector General
P.O. Box 17785
Baltimore, Md 21235

**Fax:** 410-597-0118

**Telephone:** 1-800-269-0271 from 10:00 a.m. to 4:00 p.m. Eastern Standard Time, Monday through Friday, excluding Federal holidays

**TTY:** 1-866-501-2101 for the deaf or hard of hearing



**oig.ssa.gov**  

**Social Security Administration**
**Office of the Inspector General**
Publication No. OIG 85-010 | January 2023 (Recycle prior editions)
Cooperative Disability Investigations Program
Produced and published at U.S. taxpayer expense