# Huntley, Mellody

**From:** Gruzalski, Justin
**Sent:** Wednesday, August 21, 2019 10:13 AM
**To:** #CH IL OHO Oak Brook All
**Subject:** Oak Brook team member enrolled in the Identity Protection Program (IPP)

Team,

Mellody Huntley is a participant in the Identity Protection Program (IPP) and she has given us permission to relay information about the program and her participation to the team. The IPP is designed to preserve anonymity and prohibit disclosure of work location and contact information. For example, you may notice that her work location and telephone number do not appear in the global address list. In simple terms, her contact information should not be discussed with anyone outside of this office. You should be prepared to screen any unusual calls and forward them to a supervisor, and to guard against disclosure of personal information. Please see your supervisor if you have any questions.

Thanks,

**Justin P. Gruzalski**
Group Supervisor
Office of Hearings Operations
2301 West 22nd Street, Suite 201
Oak Brook, Illinois 60523 (X08)
6-1262-13849 (TSRP)
(866) 964-7344 ext. 13849 (telephone)
(630) 954-2995 (facsimile)
Justin.Gruzalski@ssa.gov