MELLODY E. HUNTLEY v. SOCIAL SECURITY ADMINISTRATION
Docket # CH-0752-19-0568-I-1
Appellant Statement
Summary Page

**Case Title :** MELLODY E. HUNTLEY v. SOCIAL SECURITY ADMINISTRATION

**Docket Number :** CH-0752-19-0568-I-1

**Pleading Title :** Appellant Statement

**Filer's Name :** Mellody E. Huntley

**Filer's Pleading Role :** Appellant

**Details about the supporting documentation**

N/A

## Table of Contents

Pleading Interview .................................................................................................................. 3
Certificate of Service ............................................................................................................. 4

MELLODY E. HUNTLEY v. SOCIAL SECURITY ADMINISTRATION
Docket # CH-0752-19-0568-I-1
Appellant Statement
Online Interview

1. Would you like to enter the text online or upload a file containing the pleading?

Enter Online

2. Please enter text of your pleading.

Please be advised, I do not consent to any information stated came from my husband, Edward Huntley, Jr., or his family. Anyone in possession of my items is "Null & Void." I did not consent to such release. I did not provide them consent for this Appeal or any such filed in the future. Thank you in advance. Mellody Estella Maria Huntley 1109 N Oakley Ln Apartment 104 Westmont, IL. 60559 (630) 812-9062 mrsmellodyhuntleyprivacy@gmail.com

3. Does your pleading assert facts that you know from your personal knowledge?

Yes

4. Do you declare, under penalty of perjury, that the facts stated in this pleading are true and correct?

Yes

# Certificate Of Service

e-Appeal has handled service of the assembled pleading to MSPB and all of the Parties. Following is the list of the Parties in the case:

| Name & Address | Documents | Method of Service |
| --- | --- | --- |
| MSPB: Central Regional Office | Appellant Statement | e-Appeal / e-Mail |
| Agatha Joseph<br>Appellant Representative | Appellant Statement | e-Appeal / e-Mail |
| General Counsel<br>Agency Representative | Appellant Statement | e-Appeal / e-Mail |
| James Hail, Esq.<br>Agency Representative | Appellant Statement | e-Appeal / e-Mail |
| Jordan Stein<br>Agency Representative | Appellant Statement | e-Appeal / e-Mail |