**OAK BROOK HEARING OFFICE (X08)**
GROUP STRUCTURE AND PHONE LIST

Phone Number (866) 964-7344   Main Fax Number (630) 954-2995   e-DIB FAX:  (877) 670-6912
Last Revised: - 8/25/2019

**Hearing Office Chief ALJ –** Roxanne Kelsey (3164) x13802              **Hearing Office Director** - Cathy Mitchum
                                                                                                            **TSRP -** 6-1262-13833
                                                                                                            **HOD iPhone--**  (331) 442-1813

**Hearing Office Management Specialist** – Laura Martinez x13821

                                                                                                            **Systems Specialist** – Angela Barnett x13815
                                                                                                            **HOSA/Computer Assistant** - Faron Smith x13827

---

**Melanie Woodill  x13803**

**ALJs**
Janice Bruning (2527) x13846
Roxanne Kelsey (3164) x13802
Joel Fina (2658) x13839

**Senior Attorney**
Sotria Alexopoulos  x13824

**Attorneys**
Karl Brozyna  x 13847
Larysa Pyk x 13832
Sonia Weaver   x13838
Mia Wery x 13862

**Paralegal**
Tina Mundy x13816

**HCSS**
Wanda Cepulkowski x13823
Gwen Smith  x13828

**HCSR**
Amy Barnshaw x13860
Angel Estrada x13837
Jessica Herdrich   x13803
Mary Schafer x13835
Sue Wach  x13829

**Duties:**
Work-Up Assignment/Quality
ALJ Spreadsheets
Critical Case Determinations
Dismissal Coordinator
Front Desk
Lobby Assistance
M.E.N.S Coordinator
WOUT/Transfers
E16-Development
Remand assignments
Case Readiness-M21
Stagnant WKUP-E22
Aged Case coordinator
Untimely filings

---

**Charles Ott x13818**

**ALJs**
Bernadette Freeman (3908) x13819
William Spalo (3482)x13812
Edward Studzinski (3220)  x13809

**Senior Attorney**
Nancy LiVacari  x13806

**Attorneys**
Alison Crisman  x13838
Erin Duffy x 13807
Marcia Gardino x 13805
Greg Schienke x13804

**Paralegal**
Sharon Smith   x13811

**HCSS**
Margaret LeDuc  x13810

**HCSR**
Kelly Franke-Miller x13852 (CSU)
Heather Kautz x 13820 (CSU)
Jackie Reed   x13851
Olga Saltijeral  x13817

**Duties:**
Decision Writing Assignments
Senior Attorney RO Reports
OTR Requests
Training Coordinator
ALJ Instruction concerns
DWPI Monthly Emails
DOUT/Transfers
CSU Rep Coordinator

**Other Information**
Reception – x13800
Security Guard – x13822
Hearing Room A – x13857
Hearing Room B – x13856
Hearing Room C –x13855
Hearing Room D – x13854
Hearing Room E – x13853
Break Room – x13872
IVT Room – x13870

---

**Justin Gruzalski x 13849**

**ALJs**
Kimberly Cromer (3113)  x13825
William Mackowiak (3308) x13831

**Senior Attorney**
Bill Scoon   x13813

**Attorneys**
Jeanne Boutros x 13859
Natasha Grover x13840
Tim Osgood x 13836

**HCSS**
Venita Bynum  x13826

**HCSR**
Diane Diomede  x13808 (CSU)
Angela  Brown x13842
Matthew Lynch x13814 (CSU)
Darrick Young x 13845

**Virtual**
Carol Johnson  6-1612-34813
Rita Slaviero   6-1612-34803

**Master Docket**
Mellody Huntley  x13861

**HCSR**
Debbie Jackson   x13834

**Duties:**
Scheduling Liaison
Monthly ALJ assignments
Congressional Liaison
To-Do Oversight
Returned Mail Listing – M23
Master Docket
CSU Manager

**ALPHA BREAKDOWN**
Angel AAA-CHO      x 13837
Angela CHP-GID      x 13842
Jackie GIE-JOM        x 13851
Mary JON-MCD       x 13835
Olga MCE-RAC        x13817
Amy RAD-STE         x 13860
Sue STF-ZZZ            x13829

---

**Where Are My Managers**

**Open:**
Monday-Laura
Tuesday-Charles
Wednesday-Cathy
Thursday- Justin
Friday-Mel

**Close:**
Monday-Cathy
Tuesday-Laura
Wednesday-Justin
Thursday-Melanie
Friday-Charles

**Telework:**
Cathy -   Th, F
Justin –   T, F
Charles – W, Th

**ADMIN LINE**
**(866) 331-9170 – press 1**

**Conference Call-in Number**
**(877) 446-3914**
**Passcode – 653595**

**SYSTEMS HELPDESK**
**(877) 697-4889**

**PII LOSS**
**(877) 697-4889**