Bob Joondeph, Chair
Nancy J. Altman
Jagadeesh Gokhale
Amy Shuart

Claire Green, Staff Director

400 Virginia Ave, SW
Suite 625
Washington, DC 20024

www.ssab.gov
@ssabgov

July 2, 2024

*Uploaded to FEDSEP*

EEOC Office of Federal Operations
Washington Field Office
EEOC
131 M Street, NE
Washington DC 20507

**I appealed as SANCTIONS, It was closed as well with amy.baines@ssa.gov as a carbon copy.**

**Amy Baines was assigned to CH-0572-19-0568-B-1.**

**It's illegal to assign Amy to any EEOC Appeals for Discrimination.**

**I have prior service time: 6/86-4/87 & 7/07-9/19.**

Re: *Mellody E. Williams-Huntley, EEOC Case Number 570-2024-01135X*

To Whom it May Concern:

I am the General Counsel of the Social Security Advisory Board (SSAB) a tiny 10 person Agency of the federal government. I have previously corresponded by email with our EEOC liaison, Melissa Lawent and the FEDSEP hearings team with respect to this matter. The latter advises me that the above-named "Complainant" has filed multiple "cases" against several agencies and that EEOC is trying to determine the best approach to deal with this situation.

I write now as we have gotten a request from EEOC to upload an ROI that does not exist. We do not now nor have we ever employed Mellody E. Williams Huntley in any capacity and do not know who she is or why she chose SSAB to file an improper case against. We ask that EEOC dismiss this matter so that we are not required to repeatedly explain ourselves when we get orders from EEOC such as to upload an ROI, or otherwise respond to EEOC on a case that does not exist.

We do have a case in active litigation which is time consuming for an Agency of our size. Ms. Williams-Huntley's filings with EEOC only distract us from the matter at hand and cause us concern that the Agency will be required to file multiple pleadings with respect to a person whom we never employed.

I am serving this letter on Ms. Williams-Huntley via FEDSEP.

Sincerely,

*Cheri Cannon*

Cheri Cannon
General Counsel

Cc: Melissa Lawent, via email