No. _____

IN THE

SUPREME COURT OF ILLINOIS

|  |  |  |
|---|---|---|
| Mellody Estella Maria Williams-Huntley, | ) ) ) ) | Appellate Court First Judicial District Case No. 1-23-0979 |
| Plaintiff-Petitioner | ) ) ) ) | Circuit Court, Cook County, Illinois First Judicial Circuit |
| v. | ) ) ) ) | Case No. 2022CH11747 |
|  | ) | Honorable Daniel P. Duffy |
| Illinois Department Of Employment Security. Director Of Illinois Department Of Employment Security. Board Of Review, and Social Security Administration. | ) ) ) ) ) ) | Trial Judge Presiding |
| Defendant-Respondent | ) ) | |

Petition For Leave To Appeal

Pursuant To Supreme Court Rule 315[1]

                              Mellody Estella Maria Williams-Huntley
                              P.O. Box 87137
                              Carol Stream, IL 60188
                              (815) 641-2069
                              mellodyestellamariahuntley52@gmail.com

---

[1] *Exhibit 1 - Pursuant to Supreme Court Rule 315. I, the Petitioner filed as Pro Se, with no representative and no witnesses.*

E-FILED
3/28/2024 3:25 PM
CYNTHIA A. GRANT
SUPREME COURT CLERK

## Prayer For Leave To Appeal

Comes now, petitioner, Mellody Estella Maria Williams-Huntley, Petitioner, pursuant to Supreme Court Rule 315, and respectfully petitions this Court for leave to appeal from the decision of the Appellate Court, First District.

I, the Petitioner, filed as Pro Se, with no representative and no witnesses.

## Judgment Below

Your Honor, I, the Petitioner, is appealing 23-0979 Order dated March 22, 2024 issued from the Appellate Court Petition For Rehearing dated March 26, 2024. [2]

I, the Petitioner, would like the Supreme Court to make note the Order dated March 26, 2024 is not entered or filed into the record.

I, the Petitioner, would like mercy with reviewing inaccuracies of Judge Daniel P. Duffy Trial Hearing Order, dated May 23, 2023.[3]

I, the Petitioner, would like evidence submitted and entered into the record to be considered for my Pension Determination as a Homeless Veteran, 5-point preference with no disability, 2-honorable discharges; registered with the VA and eVETRECS.

**Case Number: 1-23-0979**

**Envelope Number: 24303315**

**Envelope Number: 24372135**

---

[2] *Exhibits 2-2b - Order(s) Filed and dated, March 22, 2024 and March 26, 2924.*

[3] *Exhibit 3 - Appeal to the Appellate Court Order, dated May 23, 2023.*

2

I, the Petitioner, is asking Mercy of the Supreme Court to strike the Order not E-Filed. Therefore, Null and Void.[4]

---

*[4]On July 1, 2021, eFiling became mandatory for attorneys who file in the Court of Appeals. The pilot project for voluntary eFiling in the Supreme Court concluded on June 30, 2023. On July 1, 2023, eFiling became mandatory for attorneys who file in the Supreme Court in nearly all types of matters.*

*In Wisconsin, the appellate court eFiling rule allows electronic filing for all documents, not just briefs and appendices. The clerk keeps all documents in electronic format, and electronic filers are served through the system by receiving a notice of activity each time a new document is filed. Electronic filers can use electronic signatures to sign documents, and attorneys may delegate the authority to submit documents to individuals they supervise.*

*Rule 6. Citations Citation of Illinois cases filed prior to July 1, 2011, and published in the Illinois Official Reports shall be to the Official Reports, but the citation to the North Eastern Reporter and/or the Illinois Decisions may be added. For Illinois cases filed on or after July 1, 2011, and for any case not published in the Illinois Official Reports prior to that date and for which a public-domain citation has been assigned, the public-domain citation shall be given and, where appropriate, pinpoint citations to paragraph numbers shall be given; a citation to the North Eastern Reporter and/or the Illinois Decisions may be added but is not required. Citation of cases from other jurisdictions that do not utilize a public-domain citation shall include the date and may be to either the official state reports or the National Reporter System, or both. If only the National Reporter System citation is used, the court rendering the*

3

Points Relied Upon

For Review of Judgment of the Appellate Court

I, the Petitioner, is asking Mercy of the Court to Remove Illinois Attorney General, Nadine Wichern nadine.wichern@ilag.gov and Civil Appeals CivilAppeals@ilag.gov from my Appeal 23-0979.

I, the Petitioner, is asking Mercy of the Court to reconsider my Pension Determination contributions to Social Security Administration fund 5% (2007-2013) and 10% (2013-2019), employee portion never received upon wrongful termination.

**E-FILED**

**Transaction ID: 1-23-0979**

**File Date: 9/8/2023 10:27 AM**

*decision shall also be identified. For other jurisdictions that have adopted a public-domain system of citation, that citation shall be given along with, where appropriate, pinpoint citations to paragraph numbers; a parallel citation to an additional case reporter may be given but is not required. Textbook citations shall include the date of publication and the edition. Illinois statutes shall generally be cited to the Illinois Compiled Statutes (ILCS) but citations to the session laws of Illinois or to the Illinois Revised Statutes shall be made when appropriate. Adopted January 20, 1993, effective immediately; amended May 31, 2011, effective July 1, 2011.*

*Rule 9. Electronic Filing of Documents (a) Electronic Filing Required. Unless exempt as provided in paragraph (c), all documents in civil cases shall be electronically filed with the clerk of court using an electronic filing system approved by the Supreme Court of Illinois*

4

**Transaction ID: 1-23-0979**

**File Date: 10/25/2023 11:27 AM**

I, the Petitioner, was notified during my sworn testimony under oath hearing, my former employer Social Security Administration is not a party in my matters and/or appeals.

I, the Petitioner, filed as Pro Se, with no representative and no witnesses.

**Statement Of Facts**

I, the Petitioner, would like my address on the Appellate Court case corrected per Change of Address Filed 6/22/2023@4:19 P.M., for Case No. 1-23-0979.

**I, the Petitioner, Accomplishments and Skills:** In my **"wrongful termination"** position, I demonstrated knowledge and understanding of Social Security Administration's new electronic business process procedures, which is vital to the agency operation. **January 13, 2010 to March 13, 2010**, 2nd Case Intake Specialist detail, while continuing my duties as a Legal Assistant, SCT, case-pulling initiatives. **February 2009 to October 2009**, I detailed on a **"strike team"** clearing overdue electronic **"to do"** workload listings via Social Security new electronic business process. The team was commended by Regional Office Project Manager, for an outstanding job. **June 2009 to October 2009**, I detailed as the **"primary Case Intake Specialist"** for our office, while continuing my duties as a Legal Assistant, SCT, averaging 50+ cases on a monthly basis with case-pulling initiatives. I was trained and commended by the LDP detailer for an outstanding job in such a short period. Recognized by Regional Office Project Manager in mastering DART reports and CIS responsibilities. Recognized by Legal Assistant cadre training instructor for outstanding knowledge and understanding. I am very

5

computer savvy. I think on my feet in completing work assignments. I learn new material quickly, and accept new challenges with a positive attitude. I am able to handle stressful situations under pressure. I use a balanced approach to complete all work assigned effectively and efficiently, while utilizing appropriate technology. I volunteer for projects and accept new assignments willingly. I was very comfortable with the new eBP. I contributed to productivity and vibrant training. I have accomplished to exceed the expectations in the following skills at the highest level of productivity: **Adaptability** (having the ability to maintain personal productivity and effectiveness in the midst of change, ambiguity, or stress); **Commitment and Initiative** (having the ability to align my behavior with the goals and priorities of the organization, and actively search for challenges or course of action to achieve those goals and priorities); **Communication** (having the ability to convey ideas, response, or instructions effectively and appropriately through writing or speech); **Interpersonal Sensitivity** (having the ability to interact with others in a constructive, positive, and respectful manner regardless of individual differences); **Problem Solving** (having the ability to use issue identification, data relation and comparison, pattern recognition, and information gathering to create analyses and make recommendations); **Professional Development** (having the ability to engage in self-appraisal and pursue professional skill-building opportunities and experience); **Technical Capability** (having the ability to apply specific technical knowledge or expertise to support or create valuable business results); **Teamwork** (having the ability to assist team members or co-worker in achieving goals and completing assignments). I possess an articulate and highly professional demeanor. I have high proficiency levels in all office systems (i.e. Windows XP, Microsoft-Word, Excel, Power point, Access, Word

6

Perfect, Word Processing Keyboarding, Dictaphone, Document Management Systems (DOCS Open, PC DOCS, Soft Solutions, etc.), E-mail applications (Outlook, Lotus Notes, GroupWise, etc.), Omni Page Pro (Scanning), Interaction, Delta View, WinZip, Internet Savvy, Typing (75 w.p.m.) and Palm Pilot software for scheduling calendar events and maintaining address book). I completed my Bachelor's Degree 12/2013, while under attack for acting as a whistle-blower; reported management Fraud, Waste, and Abuse. Overlooked for 65+ promotional positions. Timekeeping Abuse. Impersonators hired under my credentials, in pursuit of firing.

    I, the Petitioner, was awarded my Pension Determination 12/17/2019 appealed by my former employer, Social Security Administration:

**E-FILED**
**3/30/2023 9:47 AM**
**IRIS Y. MARTINEZ**
**CIRCUIT CLERK**
**COOK COUNTY, IL**
**2022CH11747**
**Calendar, 1**
**22084973**

    I, the Petitioner, filed my Docketing Statement in person at the Appellate Court on the 14th Floor:

**E-FILED**
**Transaction ID: 1-23-0979**
**File Date: 6/12/2023 8:37 AM**

    I, the Petitioner, is asking Mercy of the Court to review Petitioner Brief with attachments:

**Case Number: 1-23-0979**
**Envelope Number: 24372135**

7

I, the Petitioner, sworn testimony under oath Telephone hearing was held with Appeals Judge Lisa Lochal for timely filing, notice received to appeal to Cook County for Federal Pension noted on my Common Law Record received in 4-parts as follows::

E-FILED
3/30/2023 2:50 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2022CH11747
Calendar, 7
22093707

**COMMON LAW RECORD - 4-PARTS AWARDED A TAX-FREE HOUSE. CURRENTLY HOMELESS:**

E-FILED
Transaction ID: 1-23-0979
File Date: 9/12/2023 12:18 PM
Thomas D. Palella
Clerk of the Appellate Court
APPELLATE COURT 1ST DISTRICT

E-FILED
Transaction ID: 1-23-0979
File Date: 9/12/2023 12:21 PM
Thomas D. Palella
Clerk of the Appellate Court

E-FILED
Transaction ID: 1-23-0979
File Date: 9/12/2023 12:24 PM
Thomas D. Palella
Clerk of the Appellate Court
APPELLATE COURT 1ST DISTRICT

E-FILED
Transaction ID: 1-23-0979
File Date: 9/12/2023 12:25 PM

8

**Thomas D. Palella**
**Clerk of the Appellate Court**
**APPELLATE COURT 1ST DISTRICT**

---------- Forwarded message ---------

From: <DoNotReply-ILCourts@illinoiscourts.gov>

Date: Fri, Mar 22, 2024 at 9:38 AM

Subject: Appellate Court - 1st District Case No. 1-23-0979: Disposition *

To: <mellodyestellamariahuntley52@gmail.com>

Disposition * - Rule 23 Filed has been filed by the Appellate Court - 1st District in 1-23-0979.

This email was sent to mellodyestellamariahuntley52@gmail.com.

---------- Forwarded message ---------

From: <DoNotReply-ILCourts@illinoiscourts.gov>

Date: Tue, Mar 19, 2024 at 4:06 PM

Subject: Appellate Court - 1st District Case No. 1-23-0979: Correspondence

To: <mellodyestellamariahuntley52@gmail.com>

Correspondence - Decision Notification has been filed by the Appellate Court - 1st District in 1-23-0979.

<u>Argument</u>

I, the Petitioner, Trial Hearing Order was not entered and filed into the record, submitted as an Attachment received via electronic communication, as follows:

--------- Forwarded message ---------

From: Lishuang Peng (Chief Judge's Office) <Lishuang.Peng@cookcountyil.gov>

9

**Date: Tue, May 23, 2023 at 3:38 PM**

**Subject: Williams-Huntley v. IDES**

**To: mellodyestellamariahuntley52@gmail.com**

**<mellodyestellamariahuntley52@gmail.com>**

**Cc: Domenica.Manfredini@illinois.gov <Domenica.Manfredini@illinois.gov>**

**Ms. Williams-Huntley:**

**Attached is the order entered today together with information concerning your right to appeal.**

I, the Petitioner. filed Civil Rights Employment Discrimination appeal to the Northern District Court of Illinois with Honorable Rebecca Pallymeyer, referred to the Court of Appeals Seventh Circuit Court of a Pilot Program, as follows:

---------- Forwarded message ---------

From: <usdc_ecf_ilnd@ilnd.uscourts.gov>

Date: Thu, Mar 2, 2023 at 5:04 AM

Subject: Activity in Case 1:21-cv-01185 Mellody Estella Maria Huntley v Social Security Administration other

To: <ecfmail_ilnd@ilnd.uscourts.gov>

United States District Court

I, the Petitioner, is enclosing FERS Regular Retirement with April 2024 Annuity.[5]

---

[5] *Exhibit 4a-4f - FERS Deposit Paid Out Of Pocket For Early Out Retirement April 2019 with supporting attachments and April 2024 Annuity Statement.*

10

I, the Petitioner, was approved for the Social Security Administration Identity Protection Program April 12, 2019.[6]

Respectfully submitted,

/s/ *Mellody Estella Maria Williams-Huntley*

Mellody Estella Maria Williams-Huntley
P.O. Box 87137
Carol Stream, IL 60188
(815) 641-2069
mellodyestellamariahuntley52@gmail.com

---

[6] *Exhibit 5 - Social Security Administration Identity Protection Program approved April 12, 2019.*

11

**Appendix**

**Table Of Contents**

| Exhibit Nos. | Exhibits | Page Nos. |
|---|---|---|
| Exhibit 1 | Pursuant to Supreme Court Rule 315. | 7 |
| Exhibits 2-2b | Order(s) Filed and dated, March 22, 2024 and March 26, 2924. | 7 |
| Exhibit 3 | Appeal to the Appellate Court Order, dated May 23, 2023. | 2 |
| Exhibit 4a-4f | FERS Deposit Paid Out Of Pocket For Early Out Retirement April 2019 with supporting attachments and April 2024 Annuity Statement. | 12 |
| Exhibit 5 | Social Security Administration Identity Protection Program approved April 12, 2019. | 3 |

Dated: March 28, 2024         /s/ *Mellody Estella Maria Williams-Huntley*

Mellody Estella Maria Williams-Huntley
P.O. Box 87137
Carol Stream, IL 60188
(815) 641-2069
mellodyestellamariahuntley52@gmail.com

SUBMITTED - 27032161 - MELLODY WILLIAMS-HUNTLEY, PRO SE - 3/28/2024 3:25 PM

**Certificate of Compliance**

      I, the Petitioner, certify that my brief conforms to the requirements of Rules 341 (a) and (b). The length of this brief, excluding the pages or words contained in the Rule 341(d) cover, the Rule 341(h)(1) table of contents and statement of points and authorities, the Rule 341(c) certificate of compliance, the certificate of service, and those matters to be appended to the brief under Rule 342(a), is 12 pages.

Dated: March 28, 2024       /s/ *Mellody Estella Maria Williams-Huntley*

                                                    Mellody Estella Maria Williams-Huntley
                                                    P.O. Box 87137
                                                    Carol Stream, IL 60188
                                                    (815) 641-2069
                                                    mellodyestellamariahuntley52@gmail.com

SUBMITTED - 27032161 - MELLODY WILLIAMS-HUNTLEY, PRO SE - 3/28/2024 3:25 PM

**Proof of Service/Notice of Filing**

TO:   Illinois Department Of Employment Security. Director of

Illinois Department Of Employment Security. Board of Review,

and Social Security Administration.

115 S. LaSalle Street

Chicago, Illinois 60603

(312) 814-3000

CivilAppeals@ilag.gov

Nadine.Wichern@ilag.gov

You are hereby notified that on March 28, 2024, I submitted for filing 12 pages of my Petition for Leave to Appeal, Pursuant to Supreme Court Rule 315, to the Office of the Clerk of the Supreme Court of Illinois and electronically to each of the named opposing counsels on March 28, 2024 at 3:30 p.m., filed electronically by Mellody Estella Maria Williams-Huntley, Petitioner MELLODYESTELLAMARIAHUNTLEY52@GMAIL.COM.

Under penalties as provided by the law pursuant to Section 1.10 of the Code of Civil Procedure. the undersigned certifies that the statements set forth in this instrument are true and correct.

Dated: <u>March 28, 2024</u>   /s/   *Mellody Estella Maria Williams-Huntley*

Mellody Estella Maria Williams-Huntley
P.O. Box 87137
Carol Stream, IL 60188
(815) 641-2069
mellodyestellamariahuntley52@gmail.com

14