

Clerk's Office
APPELLATE COURT FIRST DISTRICT
STATE OF ILLINOIS
160 NORTH LASALLE STREET, RM S1400
CHICAGO, ILLINOIS 60601

March 22, 2024

RE: MELLODY ESTELLA MARIA WILLIAMS-HUNTLEY v. THE DEPARTMENT OF
EMPLOYMENT SECURITY
General No.: 1-23-0979
County: Cook County
Trial Court No: 22CH11747

The decision of the Court has been filed this date. The Rule 23 Order is posted on the Supreme Court website at www.illinoiscourts.gov.

Thomas D. Palella
Clerk of the Appellate Court

c:   Kwame Raoul
     Mellody Estella Maria Williams-Huntley
     Nadine Jean Wichern