# IN THE
## APPELLATE COURT OF ILLINOIS
## FIRST JUDICIAL DISTRICT

| | |
|---|---|
| MELLODY ESTELLA MARIA WILLIAMS-HUNTLEY,<br><br>    Plaintiff-Appellant,<br><br>v.<br><br>ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY, DIRECTOR OF ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY, BOARD OF REVIEW, and SOCIAL SECURITY ADMINISTRATION.<br><br>    Defendants-Appellees. | No. 1-23-0979 |

## **O R D E R**

Upon consideration of Plaintiff-Appellant's petition for rehearing;

IT IS HEREBY ORDERED that the petition for rehearing is DENIED.

**ORDER ENTERED**

**MAR 26 2024**

**APPELLATE COURT FIRST DISTRICT**

/s/ Raymond W. Mitchell
JUSTICE

/s/ Mary L. Mikva
JUSTICE

/s/ Freddrenna M. Lyle
JUSTICE