

# FERS

| FERS Retirement Computation ||
|---|---|
| **Age** | **Formula** |
| < 62 or 62+ with <20 years of service | 1% of high-3 average for each year of service |
| 62+ w/20 years of service | 1.1% of high-3 average for each year of service |
| **FERS Minimum Retirement Age (MRA)** ||
| **Birth Year** | **Your MRA is** |
| Before 1948 | 55 |
| 1948 | 55 & 2 mos. |
| 1949 | 55 & 4 mos. |
| 1950 | 55 & 6 mos. |
| 1951 | 55 & 8 mos. |
| 1952 | 55 & 10 mos. |
| 1953 - 1964 | 56 |
| 1965 | 56 & 2 mos. |
| 1966 | 56 & 4 mos. |
| 1967 | 56 & 6 mos. |
| 1968 | 56 & 8 mos. |
| 1969 | 56 & 10 mos. |
| 1970 and After | 57 |
| **Immediate Retirement** ||
| **Age** | **Years of Service** |
| 62 | 5 |
| 60 | 20 |
| MRA | 30 |
| MRA | 10 |
| *Benefit reduced by 5% for every year of service under 62 ||
| **Early Retirement - Involuntary seperation or Voluntary during reorganization** ||
| **Age** | **Years of Service** |
| 50 | 5 |
| Any Age | 25 |
| **Deferred Retirement - Leaving Federal Service before age & service requirement met** ||
| **Age** | **Years of Service** |
| 62 | 5 |
| MRA | 30 |
| MRA | 10 |
| *MRA w/minimum 10, but <30 years of service; benefit will be reduced by 5% for each year under 62, unless 20 years of service then benefits start at age 60 ||
| **Disability Retirement** ||
| **Age** | **Years of Service** |
| Any Age | 18 mos. |

**AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO**



| CSRS Retirement Computation ||
|---|---|
| **Duration** | **Formula** |
| 1st 5 years of CSRS service | 1.5% of high-3 average for each year of service |
| 2nd 5 years of CSRS service | 1.75% of high-3 average for each year of service |
| All years of CSRS service over 10 | 2% of high-3 average for each year of service |
| **5 Categories of Benefits** ||
| **Optional - Immediate Retirement Benefit** ||
| Age | Years of Service |
| 62 | 5 |
| 60 | 20 |
| 55 | 30 |
| **Special/Early Optional - Agency Reorganization** ||
| Age | Years of Service |
| 50 | 20 |
| Any Age | 25 |
| * Under 55 - Annuity reduced by 1/6th of 1% for each month under 55 ||
| **Special Provision Retirement - Law Enforcement Officers** ||
| Age | Years of Service |
| 50 | 20 |
| **Discontinued Service - Involuntary Separation** ||
| Age | Years of Service |
| 50 | 20 |
| Any Age | 25 |
| **Disability** ||
| Age | Years of Service |
| Any Age | 5 |

For more information visit ***www.opm.gov/retirement-services/***

**AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO**



SUBMITTED - 27032161 - MELLODY WILLIAMS-HUNTLEY, PRO SE - 3/28/2024 3:25 PM