## Deposit Report

Date: 04/09/2019

## MELLODY E HUNTLEY

| **Estimate Basis** | | **Deposit Summary** | |
|---|---|---|---|
| Retirement System | FERS | Total Amount of CSRS Pre-10/01/1982 Deposits | N/A |
| Balance Computation Date | 04/09/2019 | Total Amount of CSRS Post-09/30/1982 Deposits | N/A |
| Post-2019 Interest Rate Assumption | N/A | Total Amount of All Deposits | $321.00 |

### Deposits

| Non-Deduction Service Period | | Required | Accrued | Total Deposit |
|---|---|---|---|---|
| From | To | Contribution | Interest | Amount |
| 06/16/1986 | 04/11/1987 | $63.00 | $258.00 | $321.00 |

| | |
|---|---|
| Total Amount of Required Contributions | $63.00 |
| Total Amount of Accrued Interest | $258.00 |
| Total Amount of Deposits | $321.00 |

Notes

Interest computed under rules applicable to FERS deposit service.

If a deposit is NOT made or the Alternative Form of Annuity (AFA) is NOT elected, the deposit service will NOT be used in computing employee's annual annuity.

SUBMITTED - 27032161 - MELLODY WILLIAMS-HUNTLEY, PRO SE - 3/28/2024 3:25 PM