130572

*[Handwritten annotations across document:]* "Non-Refundable - Regular FERS Retirement" / "1:21-cv-0185 Page 1 of 4 MEWH"

# UNITED STATES
# OFFICE OF PERSONNEL MANAGEMENT

| Claim Number | Date of Birth |
|---|---|
| CSD 9223607 | 02/12/1968 |

ENTER AMOUNT OF THIS PAYMENT $ _____

## CIVIL SERVICE DEPOSIT ACCOUNT STATEMENT

Show any name or address change below.

MELLODY E HUNTLEY
APT 104
1109 N OAKLEY LN
WESTMONT, IL 60559

Please detach and return this portion with your payment; see the other side for payment instructions

## STATEMENT OF ACCOUNT - KEEP FOR YOUR RECORDS

| Date | Covered by |
|---|---|
| 06/03/2019 | FERS |

| From | To | Type |
|---|---|---|
| 06/16/1986 | 04/11/1987 | D |

| Claim Number |
|---|
| CSD 9223607 |

| From | To | Type |
|---|---|---|

**Name:** MELLODY E HUNTLEY

**Amount Due**

| | |
|---|---|
| FERS Deposit/Redeposit | $62.53 |
| Interest * | $256.77 |
| Additional Interest * | $0.00 |
| **Subtotal** | **$319.30** |
| CSRS Post 9/30/82 Redeposit | $0.00 |
| Interest * | $0.00 |
| Additional Interest * | $0.00 |
| **Subtotal** | **$0.00** |
| CSRS Post 9/30/82 Deposit | $0.00 |
| Interest * | $0.00 |
| Additional Interest * | $0.00 |
| **Subtotal** | **$0.00** |
| CSRS Pre 10/1/82 Redeposit | $0.00 |
| Interest * | $0.00 |
| Additional Interest * | $0.00 |
| **Subtotal** | **$0.00** |
| CSRS Pre 10/1/82 Deposit | $0.00 |
| Interest * | $0.00 |
| Additional Interest * | $0.00 |
| **Subtotal** | **$0.00** |
| **Total Due** | **$319.30** |
| **Amount Paid** | **$319.30** |
| **Paid in Full** | **$0.00** |

R = Redeposit Period  D = Deposit Period  F = FERS

Your Account has been Paid In Full. Please do not remit any additional payments.

**Explanation of How Payments Are Applied.**
The payments you make are applied to -
1. Pay for FERS Deposit/Redeposit, if any.
2. Pay for CSRS Post-9/30/82 redeposit, if any.
3. Pay for CSRS Pre-10/1/82 redeposit, if any.
4. Pay for CSRS Post-9/30/82 deposit, if any.
5. Pay for CSRS Pre-10/1/82 deposit, if any.

If you want your payments applied in a different order, Call 202-606-5240 or email screceipts@opm.gov

* The Internal Revenue Service has determined that interest paid on deposits and redeposits may not be deducted for Federal income tax purposes as interest paid on indebtedness. This is because the interest is credited to your individual retirement record and is considered a part of your lump sum credit for tax purposes. (See IRS Publication 721 for further

SEE OTHER SIDE FOR PAYMENT INSTRUCTIONS AND EXPLANATION

RI36-23R    Reverse of RI36-23    Revised December 2015

## PAYMENT INSTRUCTIONS

You may pay installments of $50 or more, but paying in full now will minimize further interest charges. After each payment we will send you an updated account statement.

Make checks or money orders payable to U.S. Office of Personnel Management. Write your CSD claim number and your date of birth on your check or money order, include the top portion of this form, and mail them to:

U.S. Office of Personnel Management
P O Box 979035
St Louis MO 63197-9000

Your check will be converted to an electronic funds transfer. The debit from your account will usually occur within 24 hours. **Do not send cash.** To authorize deductions from a savings or checking account, fill out the Authorization for Direct Payments, RI 16-28, found at www.opm.gov and mail it to the St. Louis address shown above. To make payment online, go to website www.pay.gov.

If you have questions about your account, contact OPM by calling (202) 606-5240, send email to screceipts@opm.gov.

## EXPLANATION OF ACCOUNT STATEMENT

This statement shows the amount of retirement contributions, plus any interest, due the Civil Service Retirement and Disability Fund for Federal service that is creditable under the Civil Service Retirement System (CSRS) or the Federal Employees Retirement System (FERS). Dates of service are from official records. You are not required to make payment. However, the periods of service involved will be used for retirement purposes as described in the following paragraphs. If you have questions about how service has been credited or any service not shown, please request assistance from the Retirement Counselor at your employing agency.

### FERS SERVICE

- You can make a deposit for creditable FERS service performed before 1989 during which retirement deductions were not withheld from your pay. If you do not pay for a period of this type of service, you will not receive credit in determining your eligibility to retire or in computing your retirement benefits.

- You can repay any refund you received for any period of civilian service during which retirement deductions were withheld from your pay and later returned to you before you were covered by FERS. If you do not pay for a period of this type of service, you will not receive credit in determining your eligibility to retire or in computing your retirement benefit.

- If you are still employed or were employed under FERS on or after October 28, 2009, you can repay any refund you received of your FERS deductions in order to receive credit for this service in your retirement benefit. If you do not pay for a period of this service, the service will be used in determining your eligibility to retire but not in computing your retirement benefit. If your final separation from FERS service was before October 28, 2009, you cannot repay any refund you received of your FERS deductions after you were covered by FERS.

- If you performed less than 5 years of service under CSRS, all of the CSRS service will be shown as CSRS "post 9/30/82" service, no matter when it was performed.

### CSRS SERVICE

- You can make a deposit for creditable CSRS service performed before October 1982 during which retirement deductions were not withheld from your pay. You will receive retirement credit for all of this service whether or not you pay the deposit. But, unless you pay the deposit in full, your annual annuity will be reduced by 10% of the amount of the unpaid balance at retirement. Also, any annuity due your surviving spouse will be reduced proportionately. If full payment is received within 30 days after the bill is issued, no additional interest will be charged.

- You can make a deposit for creditable CSRS service performed on or after October 1, 1982, during which retirement deductions were not withheld from your pay. Unless you pay the deposit in full, you will not receive credit for the service in your annuity. Interest is charged through December 31 of the year before the year in which this bill is being issued. If full payment is received by December 31 of the year in which this bill is issued, no additional interest will be charged.

- You can repay the refund you received for periods of civilian service ending before March 1, 1991, during which retirement deductions were withheld from your pay and later refunded to you. However, you will receive credit for all of this service whether or not you make the payment (unless you retire under the disability provisions of the law). Your annuity will be subject to permanent actuarial reduction based on the amount of the redeposit and interest due and your age at retirement. The actuarial reduction will not be applied to any survivors' annuities. You can avoid the reduction by repaying the refund.

If the refund was paid before October 1, 1982, interest has been charged up through the date of this bill. If full payment is received within 30 days after the bill is issued, no additional interest will be charged.

If the refund was paid on or after October 1, 1982, interest is compounded annually and charged through December 31 of the year before the year in which this bill is being issued. If full payment is received by December 31 of the year in which this bill is issued, no additional interest will be charged.

You can repay the refund you received for periods of civilian service ending on or after March 1, 1991, during which retirement deductions were withheld from your pay and later refunded to you. Unless you pay the redeposit in full, you will not receive credit for this service in the computation of your annuity. Consequently, your annuity, as well as any annuity due your surviving spouse, will be reduced. If full payment is received by December 31 of the year which this bill is issued, no additional interest will be charged.

### INTEREST RATES

Generally, interest is charged from the midpoint of the period of deposit service and from the date of refund on redeposit service. The interest rate on pre 10/1/82 CSRS service is 3% and is accrued daily and compounded annually. The interest rate for all FERS service and for all post 10/1/82 CSRS service is accrued and compounded annually at the rates below:

| Year | Rate | Year | Rate | Year | Rate |
|---|---|---|---|---|---|
| Before 1948 | 4% | 1996 | 6.875% | 2009 | 3.875% |
| 1948-1984 | 3% | 1997 | 6.875% | 2010 | 3.125% |
| 1985 | 13% | 1998 | 6.75% | 2011 | 2.75% |
| 1986 | 11.125% | 1999 | 5.75% | 2012 | 2.25% |
| 1987 | 9% | 2000 | 5.875% | 2013 | 1.625% |
| 1988 | 8.375% | 2001 | 6.375% | 2014 | 1.625% |
| 1989 | 9.125% | 2002 | 5.5% | 2015 | 2% |
| 1990 | 8.75% | 2003 | 5% | 2016 | 2% |
| 1991 | 8.625% | 2004 | 3.875% | 2017 | 1.875% |
| 1992 | 8.125% | 2005 | 4.375% | 2018 | 2.125% |
| 1993 | 7.125% | 2006 | 4.125% | 2019 | 2.75% |
| 1994 | 6.25% | 2007 | 4.875% | | |
| 1995 | 7.0% | 2008 | 4.75% | | |

RI36-23
Previous editions are not usable

RI36-23
Revised December 2015