


Office of Personnel Management
5 CFR Part 841

## Certified Summary of Federal Service
### Federal Employees Retirement System

**Information for the Agency**

1. A certified copy of this form must accompany the employee's *Application for Immediate Retirement* (SF 3107).
2. This form may also be used:
   - for retirement counseling purposes
   - to respond to an employee's request for a record of creditable service
3. See the CSRS and FERS Handbook for Personnel and Payroll Offices for detailed instructions for completion and disposition of this form.

**Instructions for the Employee**

1. Your employing office will complete and certify this form for you.
2. Review this form carefully. Be sure it contains all of your service.
3. Complete Section E, Employee's Certification, and return the form to your employing office.

### Section A - Identification

| | | |
|---|---|---|
| 1. Name of employee *(last, first, middle)*<br>HUNTLEY, MELLODY, E | 2. Date of birth *(mm/dd/yyyy)*<br>02/12/1968 | 3. Social Security Number<br>XXXXXXXX |
| 4. List all other names used *(maiden name, AKA, spelling variants)*<br>Maiden Name: Williams<br>Previous Marriage: Burnett<br>Bobby Lee 546-1967 | 5. Other birth dates used<br>N/A | 6. Military serial number |
| | 7. Service computation date for retirement purposes<br>06/12/2001 | |

8a. Did this employee elect to transfer to FERS?
   [✓] No   [ ] Yes, give effective date of election:

8b. If the employee elected to transfer to FERS, is the employee entitled, according to your records, to have part of the FERS annuity computed under CSRS rules?
   [ ] Yes   [ ] No

9a. Does the applicant receive military retired pay?
   [ ] Yes *(Attach a copy of the applicant's military retired pay order, if available, and complete 9b.)*
   [✓] No

9b. If yes, has the applicant waived military retired pay to credit military service for FERS retirement?
   [ ] Yes *(Attach a copy of the military finance center's letter to the employee accepting waiver, if available.)*
   [ ] No *(Include cases where a waiver is not necessary.)*

### Section B - Verified Service History Documented in Official Personnel Records

| Federal agency or military service branch | Appointment, separation, or conversion dates for civilian and active honorable military service | | Name of retirement system* | Remarks and non-creditable time** |
|---|---|---|---|---|
| | From *(mm/dd/yyyy)* | To *(mm/dd/yyyy)* | | |
| DEPARTMENT OF HEALTH AND HU | 06/16/1986 | 04/11/1987 | FICA Only | Deposit Paid<br>06/16/1986 to 09/27/1986 Biweekly TOD: 80<br>09/28/1986 to 04/11/1987 Biweekly TOD: 40 |
| GENERAL SERVICES ADMINISTRAT | 04/12/1987 | 02/25/1989 | FERS | |
| INTERNAL REVENUE SERVICE | 02/26/1989 | 06/17/1989 | FERS | |
| UNITED STATES COURT | 06/19/1989 | 01/12/1990 | FERS | |
| VETERANS ADMINISTRATION | 01/09/2005 | 09/16/2006 | FERS | |
| DEFENSE CONTRACT AUDIT AGEN | 09/17/2006 | 07/07/2007 | FERS | |
| Social Security Administration | 07/08/2007 | PENDING DISABILITY DECISION | FERS | DISABILITY RETIREMENT |

* Give details of creditable civilian service not subject to retirement deductions in Section C.

** In Remarks, show if CSRS service on or after January 1, 1984, is "regular" CSRS or CSRS Offset. Indicate if service is part-time. If service was performed on a WAE or intermittent basis, show the number of days worked in "Remarks." If the number of days worked is not available, then show the number of hours worked.

CSRS/FERS Handbook for Personnel and Payroll Offices

3107-108
Previous editions are not usable.

Standard Form 3107-1
Revised May 2014