

United States Department of the Interior
Interior Business Center
Denver, Colorado 80235

MELLODY E HUNTLEY
1109 N OAKLEY LANE
APT 104
WESTMONT, IL 60559

SEPTEMBER 30, 2019

The official records of your retirement deductions withheld by your agency have been certified correct and have been sent to the United States Office of Personnel Management (OPM) via a Register of Separations. Identifying data from that Register is provided below for your information. You should refer to this data if you need to contact OPM:

| | |
|---|---|
| FULL NAME: | MELLODY E HUNTLEY |
| SEPARATION DATE: | 09/09/2019 |
| RETIREMENT SYSTEM (CSRS or FERS): | FERS |
| REGISTER NUMBER: | 19-9040 |
| REGISTER DATE: | 09/30/2019 |
| PAYROLL OFFICE NUMBER: | 88022098 |

OPM's processing times fluctuate depending on current workloads. If you are transferring to another federal agency retain this document for your records, no further action is required. If you have filed an application for retirement or refund of your retirement deductions, you may contact OPM for the status of your claim as shown below:

You may contact OPM's Retirement Information Office from 7:30 AM to 5:00 PM (Eastern Time) by calling 1 (888) 767-6738, by sending an e-mail to retire@opm.gov, or by writing to the address shown below. Please include the register number and register date shown above in this letter. Additionally, OPM will assign you a Civil Service Annuity (CSA) number as soon as they receive your application. If additional information is needed, please contact OPM at the address listed below or review OPM's website at http://www.opm.gov/retire. You can track the adjudication of your retirement application or change and update your benefits, taxes and address using the OPM's Service Online website https://www.servicesonline.opm.gov.

U.S. Office of Personnel Management
Retirement Operations Center
PO Box 45
Boyers, PA 16017
SZ/00/00/54

Docket# 1193123?



UNITED STATES OFFICE OF PERSONNEL MANAGEMENT
Washington DC 20415

Retirement Services

Mellody E. Huntley
Apt 104
1109 N. Oakley Ln
Westmont, IL 60559

November 19, 2019
R193100019
V9111682

Dear Applicant:

This letter is in regards to your application for a refund of retirement deductions. You have been approved to receive a disability annuity. The total contributions will be included in the calculation of your Disability. As of today's date November 19, 2019, you will soon be receiving a disability annuity for the periods of service on your refund application; therefore there is no refund payable to you.

Sincerely,

*Ginger Covert*

Ginger Covert
Customer Service Specialist
US Office of Personnel Management
Retirement Operations Center
Refund Section
888-767-6738