| | |
|---|---|
| From: | Bell, Tenise |
| To: | Huntley, Mellody |
| Cc: | Mellody |
| Subject: | FERS Retirement Eligibility |
| Date: | Tuesday, April 9, 2019 5:53:57 PM |
| Attachments: | FERS CIVILIAN DEPOSIT REPORT M HUNTLEY.pdf |
| Importance: | High |

Good afternoon Mellody,

I hope this message finds you well. Please review the below information, and feel free to contact me with any further questions or concerns.

Human Resources recently requested and received your paper personnel folder from the National Archives Personnel Records (NAPR). Upon a thorough review of your personnel folders, both paper and electronic the following service is annotated:

1.

## Federal Service History

**Dates of Service Federal Agency**

06/16/1986 – 04/11/1987 Department of Health & Human Service (DHHS) **\*\*Service is not creditable towards retirement unless a deposit is paid**
04/12/1987 – 02/25/1989 General Services Administration (GSA)
02/26/1989 – 06/17/1989 Internal Revenue Service (IRS)
06/19/1989 – 01/12/1990 United States Courts – Judicial Branch
01/09/2005 – 09/16/2006 Veterans Administration (VA)
09/17/2006 – 07/07/2007 Defense Contract Audit Agency (DCAA)
07/08/2007 – Current Social Security Administration (SSA)

2.

## FERS Retirement Eligibility Requirements

Eligibility is determined by your age and number of years of creditable service. In some cases, you must have reached the Minimum Retirement Age (MRA) to receive retirement benefits. Based on your age, your MRA is 56 years and 8 months.

**Immediate Retirement (Voluntary) -**
Eligibility Information

| Age | Years of Service |
|---|---|
| 62 | 5 |
| 60 | 20 |
| MRA | 30 |
| MRA | 10 |

**Early Retirement** –
Eligibility Information

| Age | Years of Service |
|---|---|
| 50 | 20 |
| Any Age | 25 |

3.

## FERS Creditable Service

**Creditable service under FERS usually includes**

      -Federal covered service, that is, service in which the individual's pay is

- subject to FERS retirement deductions, such as service under a career or career conditional appointment,
- Federal service performed before 1989, where an employee's pay is not subject to retirement deductions, such as, service under a temporary appointment, as long as a **deposit** is paid. **

**Military Service**
**Credit for Military Service**
As a general rule, military service in the Armed Forces of the United States is creditable for retirement purposes if it was active service terminated under honorable conditions, and performed prior to your separation from civilian service for retirement.
**Service Performed on or after January 1, 1957**
- A **deposit** must be paid to credit the service to establish title to an annuity, or to compute your annuity. **

**4.**
**Deposit – DHHS service from 06/16/86 – 04/11/87**
Attached is a deposit report in the amount of $321.00. This deposit would need to paid in full for this service to be creditable towards a retirement annuity.
**Deposit**: A deposit is the payment for a period of employment when retirement deductions were not withheld from your salary. The deposit amount is, generally, 1.3% of salary plus interest. You are not required to make this type of payment. However, not making the payment will eliminate this service from being used for title or computation purposes.

**5.**
**Eligibility – Retirement Dates**
Based on your Federal Service History (noted above in #1), FERS retirement eligibility dates are as follows:
**Deposit Not Paid**
Early Out – 04/07/2022
Voluntary – 02/11/2028
**Deposit Paid (Please refer to #4 and the attached military deposit report)**
Early out – 06/11/2021
Voluntary – 02/11/2028

**6.**
**Additional Federal Service (Civilian/or Military)**
If you have any additional federal service that is not annotated, please provide the below information to Human Resources Staffing/Operations Specialist, Kimberly Daniel, at Kimberly.Daniel@ssa.gov.
- Name of Federal Agency
- Date(s) of employment
- DD-214 (Active duty, honorably discharged military service)

If you have any creditable military service, please provide a copy of the appropriate DD-214 for review of the service and completion of a military service deposit report. It is extremely important to provide the requested information as any additional creditable federal service can possibly adjust your federal service record, and provide you the opportunity to take advantage of retirement options earlier than the dates provided above.
**Kind Regards,**
**Tenise Bell**

*Social Security Administration*
*Human Resources Specialist | Pay and Benefits Staff*
*Chicago Region*
*(312) 575-6392*
*(312) 575-6425 (Fax)*
*TSRP: 6-7012-36392*
[*Tenise.Bell@ssa.gov*](mailto:Tenise.Bell@ssa.gov)