

UNITED STATES
OFFICE OF PERSONNEL MANAGEMENT
RETIREMENT PROGRAMS
BOYERS, PA 16017

## Annuity Statement

| Name of Annuitant | Date Printed |
|---|---|
| MELLODY ESTELLA MARIA WILLIAMS - HUNTLEY<br>PO BOX 87137<br>CAROL STREAM IL 60188 | Mar 27, 2024 |
| | Annuitant Claim Number |
| | A91116820 |

**Payment Dated:** Apr 1, 2024

The following information is provided in response to your request for verification of your retirement benefits under the Civil Service Retirement System or the Federal Employees Retirement System.

### Deductions/Additions

| Code | Description | Amount |
|---|---|---|
| | Gross Amount of Annuity | $2,321.00 |
| 19 | Family Plan FEGLI (Option C) | -$14.40 |
| 46 | Basic LI Premium Until 65 (if ret after 1/1/90) | -$22.19 |
| 112 | Blue Cross/Blue Shield Service Benefit Plan-Basic | -$568.96 |
| 42 | Federal Dental Insurance | -$89.27 |
| 43 | Federal Vision Insurance | -$24.38 |
| 31 | Federal Income Tax (Citizen) | -$196.26 |
| 45 | Withholding, or Other Allotment | -$15.00 |
| 32 | State Income Tax | -$40.00 |
| | Net Amount of Annuity | $1,350.54 |

*The annuity of a retired member terminates on the day the member dies or the date of other terminating events provided by title 5, U.S. Code, Section 8345(c), et seq.*

Sincerely,

*Nicholas A*

Nicholas Ashenden
Deputy Associate Director
Retirement Operations